*E-FILED ON 5/24/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STORUS CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>RESTORATION HARDWARE, INC., AROA MARKETING, INC. dba GADGET UNIVERSE; SKYMALL, INC., DOES 1-20,<br><br>          Defendants. | No. C06-02454 HRL<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* SHOULD BE GRANTED** |

Michael Anatole seeks leave to appear *pro hac vice* in this action. However, the application is deficient because it fails to name an attorney who is a member of the bar of this court in good standing and designated as co-counsel. In any event, based upon the papers presented, it appears that Mr. Anatole may not be eligible for such an appearance. *See* Civ. L.R. 11-3(b). Accordingly, no later than **June 5, 2006**, Mr. Anatole shall file a response to this order stating why, in view of Civ. L.R. 11-3(b), the application for admission *pro hac vice* should be granted.

Dated:   May 24, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-2454 Notice will be electronically mailed to:**

Yano Lee Rubinstein , Esq yrubinstein@rublaw.com, tcaudle@rublaw.com

Joseph J. Zynczak jjz@dillinghammurphy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy will be mailed to**:

Michael Anatole
1076 Rambling Road
Simi Valley, CA 93065

**United States District Court**
For the Northern District of California

2