*E-FILED ON 6/2/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STORUS CORPORATION, | No. C06-02454 HRL |
| Plaintiff, | **ORDER (1) DISCHARGING MAY 24, 2006 ORDER TO SHOW CAUSE; AND (2) DENYING AS MOOT APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| RESTORATION HARDWARE, INC., AROA MARKETING, INC. dba GADGET UNIVERSE; SKYMALL, INC., DOES 1-20, | [Re: Docket No. 7] |
| Defendants. | |

On May 24, 2006, this court issued an Order to Show Cause why Michael Anatole's application for admission pro hac vice should be granted. Among other things, it seemed that he might be disqualified from such an appearance under Civil Local Rule 11-3(b).

Mr. Anatole has informed the court that he actually seeks admission to the bar of this court under Civil Local Rule 11-1, and <u>not</u> admission pro hac vice. He further advised that his check, which he says was intended to cover the requisite fees for membership to the bar of this court, was mischaracterized as payment of fees for admission pro hac vice. In view of the foregoing, IT IS ORDERED THAT:

1. This court's May 24, 2006 Order to Show Cause is discharged.

2. Mr. Anatole's application for admission pro hac vice is DENIED as MOOT.

3. To the extent he has not already done so, Mr. Anatole shall follow the court's

procedures for admission to the bar of this court. Mr. Anatole's previously received fee payment shall be applied toward his application for admission under Civil Local Rule 11-1.

Dated: June 2, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:06-cv-2454 Notice will be electronically mailed to:**

Eric P. Jacobs epj@townsend.com, dgsunnen@townsend.com

Yano Lee Rubinstein , Esq yrubinstein@rublaw.com, tcaudle@rublaw.com

Joseph J. Zynczak jjz@dillinghammurphy.com,

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy will be mailed to**:

Michael Anatole
1076 Rambling Road
Simi Valley, CA 93065

3