IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RESTORATION HARDWARE, INC., et al.,<br><br>    Defendants | No. C-06-2454 MMC<br><br>**ORDER RE: REQUEST FOR APPROVAL OF ASSOCIATION OF ATTORNEY** |

Before the Court is defendants Aroa Marketing, Inc. and Skymall, Inc.'s Request for Approval of Association of Counsel, filed August 28, 2006, by which said defendants seek to associate Robert J. Lauson ("Lauson") as counsel of record in addition to their current counsel of record, Michael Anatole.

The Court has been advised by the Clerk of the Court that Lauson has not become a member of the bar of the Northern District. See Civil L.R. 11-1(c) (setting forth procedure for admission). Because, subject to exceptions inapplicable to the instant request, only members of the bar of the Northern District may practice herein, see Civil L.R. 11-1(a), the Court will defer ruling on the instant request to afford Lauson the opportunity to seek admission to the bar of the Northern District.

Accordingly, the Court will defer ruling on defendants' request until September 29, 2006. If, by said date, Lauson has not been admitted to the bar of the Northern District, the request will be denied.

**IT IS SO ORDERED.**

Dated: September 1, 2006

                                                      MAXINE M. CHESNEY<br>
                                                      United States District Judge