**United States District Court**

For the Northern District of California

1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    STORUS CORPORATION,                         No. C-06-2454 MMC

10              Plaintiff,                        **ORDER DENYING REQUEST FOR
        v.                                        APPROVAL OF ASSOCIATION OF
11                                                ATTORNEY**
     RESTORATION HARDWARE, INC., et al.,

12              Defendants

13   _____/

14        Before the Court is defendants Aroa Marketing, Inc. and Skymall, Inc.'s Request for

15   Approval of Association of Counsel, filed August 28, 2006, by which said defendants seek

16   to associate Robert J. Lauson ("Lauson") as counsel of record in addition to their current

17   counsel of record, Michael Anatole.

18        By order filed September 1, 2006, the Court advised defendants that because

19   Lauson was not a member of the bar of the Northern District, the Court would defer ruling

20   on the request until September 29, 2006, and that the request would be denied if, as of that

21   date, Lauson was not a member of the bar of this District.

22        The Clerk of the Court has informed the Court that, as of today's date, Lauson is not

23   a member of this bar of this District.  Accordingly, for the reasons stated in the Court's

24   order of September 1, 2006, defendants' request is hereby DENIED.

25        **IT IS SO ORDERED.**

26

27   Dated: October 5, 2006                      _____
                                                  MAXINE M. CHESNEY
28                                                United States District Judge