IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STORUS CORPORATION,

    Plaintiff,

v.

RESTORATION HARDWARE, INC., et al.,

    Defendants

No. C 06-2454 MMC

**ORDER DISMISSING DEFENDANT RESTORATION HARDWARE, INC.**

    Plaintiff having advised the Court that it has reached a settlement with defendant Restoration Hardware, Inc.,

    IT IS HEREBY ORDERED that plaintiff's claims against Restoration Hardware, Inc. are dismissed without prejudice, provided, however, that if any of said parties certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

    **IT IS SO ORDERED.**

Dated: October 30, 2006

MAXINE M. CHESNEY
United States District Judge