**Rubinstein Law Group**
**A Professional Law Corporation**
Yano L. Rubinstein, Cal. Bar No. 214277
Joseph J. Zynczak, Cal. Bar No. 209094
116 New Montgomery Street, Suite 742
San Francisco, California 94105
Telephone:    (415) 277-1900
Facsimile:    (415) 277-1919

Attorneys for Plaintiff
STORUS CORPORATION

**Townsend and Townsend and Crew LLP**
Eric P. Jacobs, Esq., State Bar No. 88413
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111-3834
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

Attorneys for Defendant
RESTORATION HARDWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br>RESTORATION HARDWARE, INC., a Delaware Corporation; SKYMALL, INC., a Delaware Corporation; AROA MARKETING, INC., a California Corporation, DBA GADGET UNIVERSE<br><br>                    Defendants. | Case No. C 06-2454 MMC<br><br>[PROPOSED] ORDER OF DISMISSAL PURSUANT TO STIPULATION (F.R.C.P. 41(a)(1)(ii)<br><br>Honorable MAXINE M. CHESNEY |

1  TO ALL PARTIES AND THEIR COUNSELS OF RECORD:

2      Pursuant to the Stipulation of Dismissal executed by Storus Corporation and Restoration Hardware, Inc., and in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), all claims against Restoration Hardware are to be dismissed with prejudice.

5  IT IS HEREBY ORDERED that:

6    1. Storus Corporation's First Amended Complaint is hereby dismissed with prejudice as to Defendant Restoration Hardware, Inc. *only*;

8    2. Storus Corporation and Restoration Hardware, Inc. shall bear their own Attorney's Fees and Costs.

11  IT IS SO ORDERED

13  Dated: __November 14, 2006__       _/s/ Maxine M. Chesney_

                                                  Honorable Maxine M. Chesney

                                                  United States District Court Judge