IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>RESTORATION HARDWARE, INC., et al.,<br><br>    Defendants | No. C 06-2454 MMC<br><br>**ORDER VACATING DECEMBER 8, 2006 HEARING** |

    Before the Court is plaintiff's Motion to Dismiss Defendants' and Counterclaimants' Counterclaim for Invalidity and to Strike Affirmative Defenses, filed October 27, 2006, and scheduled for hearing December 8, 2006.  Pursuant to the Civil Local Rules of this District, opposition was due no later than November 17, 2006.  See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).  To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for December 8, 2006.

    **IT IS SO ORDERED.**

Dated: November 28, 2006

                                 MAXINE M. CHESNEY
                                 United States District Judge