IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STORUS CORPORATION,

    Plaintiff,

  v.

RESTORATION HARDWARE, INC., et al.,

    Defendants
                                    /

No. C-06-2454 MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM FOR INVALIDITY AND TO STRIKE AFFIRMATIVE DEFENSES**

      Before the Court is plaintiff/counter-defendant Storus Corporation's "Motion to Dismiss Defendants' and Counterclaimants' Counterclaim for Invalidity and to Strike Affirmative Defenses," filed October 27, 2006. Defendant/counterclaimant Aroa Marketing, Inc. and defendant Skymall, Inc. have not filed opposition or any other response to the motion. Having considered the moving papers, the Court hereby GRANTS the motion,[1] good cause appearing and in light of defendants' having advised plaintiff that defendants "elected not to proceed on [the] invalidity contentions." (See Zynczak Decl. Ex. C.)

      Accordingly, the First Counterclaim for Declaratory Relief of Patent Non-Infringement, contained in the Answer filed June 29, 2006, is hereby DISMISSED pursuant

---

[1] By order filed November 28, 2006, the Court vacated the hearing scheduled for December 8, 2006.

to Rule 41(b) of the Federal Rules of Civil Procedure, and ¶¶ 7 and 8 of the Affirmative Defenses section of the Answer are hereby STRICKEN pursuant to Rule 12(f).

**IT IS SO ORDERED.**

Dated: December 7, 2006

MAXINE M. CHESNEY
United States District Judge