**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>RESTORATION HARDWARE, INC., et al.,<br><br>    Defendants | No. C-06-2454 MMC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL OF ASSOCIATION OF ATTORNEY** |

   Before the Court is defendants Aroa Marketing, Inc. and Skymall, Inc.'s Request for Approval of Association of Counsel, filed January 12, 2007, by which said defendants seek to substitute Robert J. Lauson as counsel of record in place of Michael Anatole.

   Good cause appearing, the request is hereby GRANTED.

   **IT IS SO ORDERED.**

Dated: January 18, 2007

_____
MAXINE M. CHESNEY
United States District Judge