1  **Rubinstein Law Group**
   **A Professional Law Corporation**
2  Yano Rubinstein, Cal. Bar No. 214277
3  Joseph J. Zynczak Cal. Bar No. 209094
   116 New Montgomery Street
4  San Francisco, CA 94105
   Telephone:  (415) 277-1900
5  Facsimile:  (415) 277-1919

6
   Jerry Davis Gilmer, Cal. Bar No. 224788
7  1185 Minnesota #B
   San Jose, California 95125
8  Telephone:  (408) 608-9054
   Facsimile:  (408) 516-5842
9

10 Attorneys for Plaintiff,
   Storus Corporation
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO

15
   STORUS CORPORATION, a California   )   Case No.  C 06 2454 MMC
16 Corporation                        )
                                      )
17                                    )   ORDER GRANTING
              Plaintiff,              )
18                                    )   **REQUEST FOR ASSOCIATION OF**
        v.                            )   **COUNSEL**
19                                    )
                                      )
20 RESTORATION HARDWARE, INC. a       )
   Delaware Corporation; AROA         )
21 MARKETING, INC., a California      )
   Corporation, DBA GADGET UNIVERSE,  )
22 and DOES 1 through 20, inclusive,  )
                                      )
23                                    )
                                      )
24            Defendants.
   _____
25

26

27

28

                              -1-
                                              REQUEST FOR ASSOCIATION OF COUNSEL

REQUEST FOR ASSOCIATION OF COUNSEL

Plaintiff STORUS CORPORATION hereby requests that the Court approve the association of Jerry Davis Gilmer as an additional attorney of record in the instant matter. Attorneys Yano L. Rubinstein and Joseph J. Zynczak will continue as attorneys of record in the matter in addition to the association of Mr. Gilmer.

Dated: February 27, 2007          By: /ylr/
                                  Yano L. Rubinstein, Esq.
                                  Rubinstein Law Group
                                  A Professional Law Corporation
                                  Attorneys for Plaintiff Storus Corporation

I am duly admitted to practice in this District:

Dated: February 27, 2007          By: [signature]
                                  Jerry Davis Gilmer, Esq.

Dated: February 28, 2007          IT IS SO ORDERED
                                  [signature]
                                  Judge Maxine M. Chesney
                                  UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

-2-