**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff<br><br>  v.<br><br>RESTORATION HARDWARE, INC., et al.,<br><br>    Defendants<br>_____/ | No. C 06-2454 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On March 14, 2007, defendants AROA Marketing, Inc., and Skymall, Inc., electronically filed a Motion to Consolidate Action, Reschedule Action and Stay Discovery Pending Settlement Conference and a Motion to Shorten Time for Hearing on Motion for Consolidation, Rescheduling, and Stay of Discovery.  Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

documents. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: March 16, 2007

MAXINE M. CHESNEY
United States District Judge