United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>RESTORATION HARDWARE, INC., et al.,<br><br>    Defendants / | No. C-06-2454 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR CONSOLIDATION, RESCHEDULING AND STAY OF DISCOVERY** |

    Before the Court is defendants Skymall, Inc. and Aroa Marketing, Inc.'s Motion to Shorten Time for Hearing on Motion for Consolidation, Rescheduling and Stay of Discovery. Plaintiff Storus Corporation has not filed opposition or other response.

    Good cause appearing, the motion to shorten time is hereby GRANTED, as follows:

    1. Plaintiff's opposition to defendants' Motion to Consolidate Action, Reschedule Action and Stay Discovery Pending Settlement Conference shall be filed no later than March 27, 2007.

    2. Defendants' reply shall be filed no later than March 30, 2007.

    3. All parties shall deliver to the Clerk of the Court a chambers copy of any filed document "no later than noon on the business day following the day that the papers are filed electronically." See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

4. The Court will conduct a hearing on defendants' motion on April 6, 2007, at 9:00 a.m.

5. By separate order filed this date in the related case, <u>Storus Corporation v. Aora Marketing, Inc.</u>, C 06-7376 MMC, an initial case management conference has been scheduled for April 20, 2007, at 10:30 a.m.  In the event the Court grants defendant's motion for consolidation of the two actions, the Court will address the scheduling for both cases at such time.

**IT IS SO ORDERED.**

Dated: March 22, 2007

MAXINE M. CHESNEY
United States District Judge