IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STORUS CORPORATION,

    Plaintiff

  v.

RESTORATION HARDWARE, INC., et al.,

    Defendants

No. C 06-2454 MMC

(consolidated with C 06-7376)

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTIONS TO COMPEL, TO DETERMINE SUFFICIENCY OF DEFENDANT'S DISCOVERY RESPONSES, AND FOR SANCTIONS**

    Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel Discovery Responses, Motion to Determine the Sufficiency of Defendant's Discovery Responses, and Motion for Sanctions Pursuant to F.R.C.P. 37(a)(4), each filed March 29, 2007, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: March 30, 2007

                             MAXINE M. CHESNEY
                             United States District Judge

---

[1] The May 4, 2007 hearing noticed before the undersigned is VACATED.