Robert J. Lauson, Esq. (SBN 175,486)
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, California 90266
Tel.: (310) 321-7890
Fax: (310) 321-7891
Email: bob@lauson.com

Attorneys for Defendants
Aroa Marketing, Inc.
Skymall, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>RESTORATION HARDWARE, INC., A Delaware Corporation; SKYMALL, INC., a Delaware Corporation; AROA MARKETING, INC., a California Corporation, dba GADGET UNIVERSE, and DOES 1-20, inclusive,<br><br>Defendants;<br><br>and related Counterclaims. | CASE NO.: CV 06-2454 MMC (EMC)<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION AND RE-SCHEDULING SETTLEMENT CONFERENCE TO 10 A.M. |

///

///

1  Having considered the moving papers of the Parties, the Court finds that
2  good cause exists to set the August 17, 2007 settlement conference to commence at
3  10 a.m.

5  IT IS SO ORDERED.

7  Dated: __August 2__, 2007

[APPROVED — Judge Edward M. Chen, United States District Court, Northern District of California]

9  Submitted by:

11 Robert J. Lauson, Esq.
12 Attorney for Defendants

13 Dated:     July 20, 2007

-1-