1  ROBERT P. ANDRIS (SBN 130290)
   randris@ropers.com
2  LAEL D. ANDARA (SBN 215416)
   landara@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
4  Redwood City, CA  94063
   Telephone:    (650) 364-8200
5  Facsimile:    (650) 780-1701

6  Attorneys for Plaintiff
   STORUS CORPORATION,
7  A California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STORUS CORPORATION, a California Corporation, | CASE NO.  C06-2454 MMC (EMC) |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO COMPLETE NOTICED DEPOSITIONS; ORDER THEREON** |
| v. | |
| AROA MARKETING, INC., a California Corporation, dba GADGET UNIVERSE, dba STEINHAUSEN ONLINE; SKYMALL INC., a Delaware Corporation, STRONG IDEAS CORPORATION, a California corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

Whereas the Court has ordered factual discovery closed on September 28, 2007.

Whereas Plaintiff STORUS CORPORATION has noticed the depositions of defendants and related employees for dates prior to the discovery cut-off of September 28, 2007.  Counsel for both parties have met and conferred and agreed that the depositions of Martin Smith and Alex Elnekaveh (who has been noticed personally and been designated as the Person Most Knowledgeable for the Fed. Rule Civ. Pro. 30 (b)(6) deposition notices regarding Aroa Marketing Inc. Re: Internet Activity; Aroa Marketing Inc. Re: Sales & Costs; Aroa Marketing Inc. Re: Creation & Advertising) that have been previously noticed, will be extended and the deponents

RC1/5010188.1/AG2

STIPULATION
C06-2454 MMC (EMC)

will be made available at such time when Martin Smith is physically able to be deposed and his deposition may be completed, along with the deposition of Alexander Elnekaveh as agreed herein.

This extension of time is necessitated by calendar conflicts of counsel and those individuals to be deposed. In particular, Smith of Skymall will be unavailable for deposition for an estimated 2 to 3 months as he is on medical leave. Additionally, Elnekaveh's medical condition limits the amount of time he may be deposed, requiring additional time, as well as Plaintiff's attorneys' upcoming trial. The parties agree to take Elnekaveh's depositions within 60 days of this stipulation. Smith will be made available as soon as possible.

Dated: September 14, 2007         ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Robert P. Andris
    ROBERT P. ANDRIS
    LAEL D. ANDARA
    Attorneys for Plaintiff STORUS
    CORPORATION, a California Corporation

Dated: September 14, 2007         LAUSON & SCHEWE LLP


By: /s/ Robert J. Lauson
    ROBERT J. LAUSON
    Attorneys for Defendants AROA
    MARKETING, INC., a California Corporation,
    SKYMALL INC., a Delaware Corporation

**ORDER**

IT IS SO ORDERED.

Dated: September 19, 2007

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES MAGISTRATE JUDGE