IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiff,<br>v.<br>RESTORATION HARDWARE, INC., et al.,<br><br>    Defendants | No. C-06-2454 MMC<br><br>**ORDER DENYING STIPULATION TO EXTEND FACT AND EXPERT DISCOVERY** |

   Before the Court is the stipulation, filed September 21, 2007 on behalf of plaintiff Storus Corporation and defendants Aroa Marketing, Inc. and Skymall, Inc., by which the parties request the Court continue all discovery deadlines and the deadline to file dispositive motions.

   The stipulated request is hereby DENIED, for the reason the parties have failed to show good cause exists for the requested extensions. See Fed. R. Civ. P. 16 (providing pretrial order "shall not be modified except upon a showing of good cause). Additionally, the parties have failed to address the impact of any extension on the Further Settlement Conference, which is scheduled for October 12, 2007.

   **IT IS SO ORDERED.**

Dated: September 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge