**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>              Plaintiff(s),<br><br>   vs.<br><br>RESTORATION HARDWARE, INC., et al.,<br><br>              Defendant(s).<br>_____/ | No. C 06-2454 MMC (MEJ)<br><br>**ORDER RE: PLAINTIFF'S UNILATERAL DISCOVERY LETTER** |

The Court is in receipt of Plaintiff's unilateral discovery letter, (Doc. #140), and Defendants' response. As Plaintiff's letter does not comply with the undersigned's discovery standing order, the Court shall not consider it. Any discovery disputes must be submitted in a joint letter, not to exceed five pages. The Court reminds the parties that separate disputes may be submitted in separate letters.

**IT IS SO ORDERED.**

Dated: November 6, 2007

MARIA-ELENA JAMES
United States Magistrate Judge