IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, | No. C 06-2454 MMC (MEJ) |
| Plaintiff(s), | **ORDER RE: DISCOVERY DISPUTES** |
| vs. | |
| RESTORATION HARDWARE, INC., et al., | |
| Defendant(s). | |

The Court is in receipt of two letters filed by Plaintiff regarding discovery disputes. (Doc. ##146, 147.) Despite permitting the parties to meet and confer by telephone, the Court finds that the letters do not comply with the undersigned's discovery standing order. Accordingly, the Court shall not consider the letters. Further, the Court ORDERS the parties to appear in person for a meet and confer session. The session shall take place in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. **The parties shall file a stipulation regarding the date for the meet and confer session by tomorrow, November 16, 2007, at 1:00p.m.**

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery disputes. In the event that the parties are unable to resolve their disputes, they shall draft one or more joint letter(s) at the meet and confer session in compliance with this Court's standing order and said letter shall be presented by the parties for filing

at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage medium, such as a flash drive, thumb drive, or diskette, to use in drafting said letter.

**IT IS SO ORDERED.**

Dated: November 15, 2007



MARIA-ELENA JAMES
United States Magistrate Judge

2