ROBERT P. ANDRIS (SBN 130290)
randris@ropers.com
LAEL D. ANDARA (SBN 215416)
landara@ropers.com
AMY K. GRUBER (SBN 239793)
agruber@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701

Attorneys for Plaintiff
STORUS CORPORATION,
A California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AROA MARKETING, INC., a California Corporation, dba GADGET UNIVERSE, dba STEINHAUSEN ONLINE; SKYMALL INC., a Delaware Corporation, STRONG IDEAS CORPORATION, a California corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C06-2454 MMC (MEJ)<br><br>**STIPULATION RE: DATE FOR DISCOVERY DISPUTE MEET AND CONFER SESSION**<br><br>AND ORDER THEREON |

///
///
///
///
///
///
///
///

RC1/5027975.1/LD

STIPULATION RE DATE FOR DISCOVERY
DISPUTE MEET AND CONFER SESSION
C06-2454 MMC (MEJ)

1  Pursuant to the Court's Order Re: Discovery Disputes, dated November 15, 2007;

2  IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel

3  of record, that the agreed date that the parties' counsel are available to meet and confer in person

4  is November 27, 2007, in the afternoon, in Courtroom B, 15th Floor, 450 Golden Gate Avenue,

5  San Francisco, California.

6  Dated: November 16, 2007                ROPERS, MAJESKI, KOHN & BENTLEY

8  By: /s/ Lael D. Andara
    ROBERT P. ANDRIS
9   LAEL D. ANDARA
    AMY K. GRUBER
10  Attorneys for Plaintiff STORUS
    CORPORATION, a California Corporation

12  Dated: November 16, 2007                LAUSON & SCHEWE LLP

14  By: /s/ Robert J. Lauson
    ROBERT J. LAUSON
15  Attorneys for Defendants

17  The parties shall arrive at 1:00 p.m. for the session.

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA