IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, | No. C 06-2454 MMC (MEJ) |
| Plaintiff(s), | **ORDER RE: ELECTRONIC DATA** |
| vs. | |
| RESTORATION HARDWARE, INC., et al., | |
| Defendant(s). | |

    The Court is in receipt of the parties' joint discovery letter regarding electronic data, filed November 27, 2007. (Doc. #156.) In the letter, Plaintiff argues that Defendants produced hardcopy sales reports that were not created in the regular course of business. Plaintiff now seeks production of the electronic data relating to the sales of the accused devices in the electronic format that the information was created and maintained. Defendants respond that they will produce the requested information by November 29, 2007. Pursuant to Federal Rule of Civil Procedure 34, a responding party who produces electronically stored information for inspection must produce the information as it is kept in the usual course of business, unless the parties otherwise agree. Accordingly, Defendants are ORDERED to produce the requested information in the electronic format that it was created and maintained. Defendants shall produce the information by November 29, 2007.

    **IT IS SO ORDERED.**

Dated: November 28, 2007

                                                         MARIA-ELENA JAMES
                                                          United States Magistrate Judge