United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   STORUS CORPORATION,                    No. C 06-2454 MMC (MEJ)

12             Plaintiff,                    **ORDER DENYING DEFENDANTS'**
                                             **OBJECTION TO MAGISTRATE JUDGE**
13     v.                                    **JAMES'S ORDER DENYING**
                                             **DEFENDANTS' REQUEST TO EXTEND**
14   RESTORATION HARDWARE, INC., et al.,     **DISCOVERY DEADLINE**

15             Defendants
                                         /

16

17        Before the Court is defendants' objection, filed November 29, 2007, to Magistrate

18   Judge Maria-Elena James's Order Denying Defendants' Request to Extend Discovery

19   Deadline.

20        Having fully considered the matter, the Court hereby DENIES the objection, for the

21   reason defendants have failed to show the subject order is clearly erroneous or contrary to

22   law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's

23   order where it has been shown to be clearly erroneous or contrary to law).

24        **IT IS SO ORDERED.**

25

26   Dated: December 3, 2007

27                                           MAXINE M. CHESNEY
                                             United States District Judge

28