Robert J. Lauson, Esq. (SBN 175,486)
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, California 90266
Tel.: (310) 321-7890
Fax: (310) 321-7891
Email: bob@lauson.com

Steven K. Hauser, Esq. (SBN 55,714)
Attorney at Law
1717 Fourth Street, Suite 300
Santa Monica, CA 90401
Te;.: (310) 395-7977
Fax: (310) 399-8968
Email: skhauser@yahoo.com

Attorneys for Defendants
Aroa Marketing, Inc.
Skymall, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>RESTORATION HARDWARE, INC., A Delaware Corporation; SKYMALL, INC., a Delaware Corporation; AROA MARKETING, INC., a California Corporation, dba GADGET UNIVERSE, and DOES 1-20, inclusive,<br><br>Defendants;<br><br>and related Counterclaims. | CASE NO.: CV 06-2454 MMC (EMc)<br><br>[PROPOSED] STIPULATED ORDER EXTENDING DEADLINES FOR DEPOSITIONS |

| | |
|---|---|
| 1 | Whereas the Court established a discovery cut-off and deadline to take |
| 2 | Defendants' expert depositions. |
| 3 | Whereas certain scheduling conflicts and other circumstances have arisen |
| 4 | preventing timely completion of selected depositions; |
| 5 | Whereas the parties are in agreement the schedule set forth herein is |
| 6 | workable and acceptable, subject to the Court's approval; |
| 7 | Accordingly, Dr. Robert Trout's deposition shall be Thurs.. Dec. 20st at |
| 8 | 10 a.m. in San Diego; |
| 9 | Susan Saurage's deposition shall be Mon. Jan. 14, 2008 at 10 a.m. in |
| 10 | Houston; |
| 11 | Alex Elnekaveh's and the completion of Aroa's Rule 30(b)(6) deposition re |
| 12 | sales shall be Jan. 17, 2008 at 9 a.m. in Los Angeles. |
| 13 | IT IS SO ORDERED. |

.Dated: Dec. __14__ , 2007.

_____
U.S. District Judge

Presented by:

/s/ Robert J. Lauson
Robert J. Lauson, Esq.
Attorney for Defendants


/s/ Lael D. Andara
Lael D. Andara, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Tel.: (650) 364-8200
Fax: (650) 780-1701
Email: landara@ropers.com

Attorney for Plaintiff