IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STORUS CORPORATION,

    Plaintiff,

  v.

AROA MARKETING, INC., et al.,

    Defendants

_____/

No. C-06-2454 MMC

**ORDER OF REFERENCE**

    It is HEREBY ORDERED that plaintiff's Motion for Partial Summary Judgment of Trademark Infringement is referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

    Counsel will be advised of the date, time and place of the hearing on said motion by notice from Judge Nielsen's chambers. The February 1, 2008 hearing before the undersigned is vacated.

    **IT IS SO ORDERED.**

Dated: February 1, 2008

    MAXINE M. CHESNEY
    United States District Judge