**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>AROA MARKETING, INC., et al.,<br><br>      Defendants<br>_____/ | No. C-06-2454 MMC<br><br>**ORDER WITHDRAWING REFERENCE** |

    By order filed February 1, 2008, plaintiff's Motion for Partial Summary Judgment of Trademark Infringement was referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

    Having read and considered the papers filed in support of and in opposition to the motion, the Court finds plaintiff's motion appropriate for resolution on the papers, and, accordingly, deems the matter submitted on the papers.

    **IT IS SO ORDERED.**

Dated: February 7, 2008

                                                  MAXINE M. CHESNEY<br>
                                                United States District Judge