Robert J. Lauson, Esq, Bar No. 175,486
Edward C. Schewe, Esq, Bar No. 143,554
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Robert J. Lauson, Esq, Bar No. 175,486
Edward C. Schewe, Esq, Bar No. 143,554
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Tel. (310) 321-7890
Fax (310) 321-7891
Email: bob@lauson.com
ed@lauson.com

Steven K. Hauser, Esq. Bar No. 55,174
1717 Fourth Street, Suite 300
Santa Monica, CA 90401
Tel, (310) 395-7977
Fax (310) 399-8968
Email: skhauser@yahoo.com

Attorneys for Defendants,
AROA MARKETING, INC. and
SKYMALL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **STORUS CORPORATION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **RESTORATION HARDWARE, INC., et al.,** <br><br> **Defendants,** <br><br> and related counterclaims. | CASE NO.: CV 06-2454 MMC (MEJ) <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED APPLICATION TO EXTEND DATES FOR PRE-TRIAL DELIVERABLES** <br><br> Pre-Trial Conf. Date: Feb. 26, 2007 <br><br> Time: 3 p.m. <br><br> Judge: Honorable Maxine M. Chesney |

1

The parties stipulated, ex-parte application to extend the due dates for the pre-trial deliverables has been considered by the Court.

Accordingly, the motion is GRANTED, and the new dates are as follows:

1. for the pre-trial statement  February 19, 2008 ;

2. for joint jury instructions  February 19, 2008 ; and,

3. for motions-in-limine  February 15, 2008 ,

    and any oppositions  February 21, 2008 .

Further, all parties must provide chambers copies by noon the date after a document is electronically filed.

IT IS SO ORDERED.

Dated: February 8, 2008

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Presented by:

LAUSON & SCHEWE LLP

/s/ Robert J. Lauson
Robert J. Lauson
Edward C. Schewe

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Amy K. Gruber
Robert P. Andris
Lael D. Andara
Amy K. Gruber

2

{Proposed] Order Re Extension
Of Deadlines For Pre-Trial Deliverables
Case No. CV 06-2454 MMC (MEJ)