Robert J. Lauson, Esq, Bar No. 175,486
Edward C. Schewe, Esq, Bar No. 143,554
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Tel. (310) 321-7890
Fax (310) 321-7891
Email: bob@lauson.com
ed@lauson.com

Attorneys for Defendants,
AROA MARKETING, INC. and
SKYMALL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **STORUS CORPORATION,** | CASE NO.: CV 06-2454 MMC (MEJ) |
| **Plaintiff,** | [PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3** ; DIRECTIONS TO DEFENDANTS |
| v. | Date: |
| **RESTORATION HARDWARE, INC., et al.,** | Time: |
| **Defendants,** | Judge: Honorable Maxine M. Chesney |
| and related counterclaims. | |

1       This motion comes before the Court to enlarge time for Defendants to
2 respond to a motion in limine filed by Plaintiff Storus Corporation. After
3 consideration of the parties' written submissions and any other arguments of
4 counsel for the parties, the Court finds and concludes that:

6       Good Cause Exists for Defendants' motion to enlarge time to respond to
7 Plaintiff "Storus' Motion In Limine To Exclude Evidence Of Design And Sales
8 Data, Or Alternatively For Entry OF A Default For Spoilation," and thus it is
9 GRANTED by the Court.

11       The following enlarged response schedule is set:

13 Defendants' reply to Plaintiff's above-identified motion in limine,

15 shall come due Noon Monday, February 25, 2008 ~~or~~ <u>and defendants are DIRECTED to provide a chambers copy of said reply no later than 4:00 p.m. on February 25, 2008.</u>

IT IS SO ORDERED.

Dated: February <u>21</u>, 2008                     _____
                                                    U.S. District Judge

Presented by:

LAUSON & SCHEWE LLP

        /RJL/
_____
Robert J. Lauson, Esq.