IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, | No. C-06-2454 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| AROA MARKETING, INC., et al., | |
| Defendants | |

On February 19, 2008, plaintiff electronically filed a voluminous document titled "Storus' Proposed Jury Instructions." Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2. Although compliance with said orders is always required, compliance is particularly crucial when a party electronically files a document in connection with a rapidly-approaching court appearance; the instant document was filed in connection with the February 26, 2008 Pretrial Conference.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Plaintiff is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  February 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge