IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>AROA MARKETING, INC., et al.,<br><br>    Defendants | No. C-06-2454 MMC<br><br>**ORDER DENYING DEFENDANTS' REQUESTS TO STRIKE AND FOR NEW SCHEDULE** |

    On February 19, 2008, plaintiff filed a purported "Joint Final Pretrial Statement," which, in fact, is a unilateral document signed only by plaintiff; that same date, plaintiff also filed a set of plaintiff's proposed instructions. On February 20, 2008, defendants filed a document titled "Defendants' Objections to Plaintiff's Attorney's Failure to Abide by Court's Pre-Trial Instructions; Request to Strike Plaintiff's Pre-Trial Order [sic] and Jury Instructions; Request for New Schedule for Joint Pre-Trial Statement and Jury Instructions," by which defendants seek an order striking the above-referenced unilateral filings by plaintiff and to continue the Pretrial Conference and the trial for sixty days. On February 21, 2008, plaintiff filed a response thereto; on February 22, 2008, defendants filed a reply.

    Needless to say, the parties' failure to follow the Court's Pretrial Preparation Order, specifically, the failure to file an actual "Joint" Pretrial Statement and a set of proposed joint

instructions, makes the Court's preparation for the February 26, 2008 Pretrial Conference unnecessarily difficult.  Putting aside the issue of which party is more to blame for the parties' failure to comply with Court's Pretrial Preparation Order, the Court finds insufficient cause exists to strike plaintiff's unilateral filings and to continue the Pretrial Conference and trial for sixty days.  Accordingly, defendants' requests to strike plaintiff's filings and to continue the matter are hereby DENIED.

At the Pretrial Conference, the Court will reset the deadline for the parties to file a set of joint instructions, will set a deadline for the filing of any other documents the Court may need to prepare for the trial, and will consider whether sanctions should be imposed for the parties' failure to comply with the Court's Pretrial Preparation Order.

**IT IS SO ORDERED.**

Dated:  February 22, 2008

_____
MAXINE M. CHESNEY
United States District Judge