Robert J. Lauson, Bar No. 175,486
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Tel. (310) 321-7890
Fax (310) 321-7891
Email: bob@lauson.com

Steven K. Hauser, Esq. Bar No. 55,174
1717 Fourth Street, Suite 300
Santa Monica, CA 90401
Tel, (310) 395-7977
Fax (310) 399-8968
Email: skhauser@yahoo.com

Attorneys for Defendants,
AROA MARKETING, INC. and
SKYMALL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STORUS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RESTORATION HARDWARE, INC., et al., <br><br> Defendants, <br><br> and related counterclaims. | CASE NO.: CV 06-2454 MMC (MEJ) <br><br> [Proposed] ORDER GRANTING RECONSIDERATION AND MODIFYING PATENT NONINFRINGEMENT ORDER <br><br> Date: None <br> Time: None <br> Place: Courtroom 7, 19th Floor <br> Judge: Honorable Maxine M. Chesney |

Defendants' motion for reconsideration of the Court's "Order Granting In Party and Denying In Part Defendants' Motion For Summary Adjudication" dated January 31, 2008 ("Order") was considered by the Court and any opposition and reply, and the Court finds that the products depicted in the moving Elnekaveh Declaration at Exhibit B do not have a "stop" and thus do not infringe the '422 patent either literally or under the doctrine of equivalents, for the reasons stated in the Order.

IT IS SO ORDERED.

Dated: Feb. 25, 2008          By: _____
                                  U.S. District Judge

Submitted by:

LAWSON & SCHEWE LLP

_____
Robert J. Lauson

Attorneys for Defendants

1