```
 1 │ JON PFEIFFER (State Bar No. 118601)
   │ PFEIFFER THIGPEN & FITZGIBBON LLP
 2 │ 233 Wilshire Boulevard, Suite 220
   │ Santa Monica, California 90401
 3 │ Telephone (310) 451-5800
   │ Facsimile: (310) 451-1599
 4 │
 5 │ Attorneys for Defendants
   │ Aroa Marketing, Inc. and Skymall, Inc.
 6 │
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORUS CORPORATION, a California Corporation, | CASE NO. C06 2454 MMC |
| Plaintiff, | |
| vs. | **REQUEST FOR ASSOCIATION OF COUNSEL** |
| RESTORATION HARDWARE, INC, a Delaware Corporation; AORA MARKETING; a California Corporation, dba GADGET UNIVERSE, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Jon Pfeiffer of the law firm of Pfeiffer Thigpen & FitzGibbon LLP hereby requests that the Court approve his association as an additional attorney of record for Defendants Aroa Marketing, Inc. and Skymall, Inc. Mr. Pfeiffer was admitted to practice in the Northern District on June 27, 1986.

DATED: February 25, 2008

PFEIFFER THIGPEN & FITZGIBBON LLP
JON PFEIFFER

By: _____
Jon Pfeiffer
Attorneys for Aroa Marketing, Inc. and Skymall, Inc.

IT IS SO ORDERED
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

Dated: February 27, 2008

Request for Association of Counsel